**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**KATIE M. YOUNG** **PLAINTIFF**

**v.** **CIVIL CAUSE NO. 4:26-CV-28-RPC-DAS**

**CRANES TAX** **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

On March 5, 2026, United States Magistrate Judge David A. Sanders issued a Report and Recommendations [5], recommending that Plaintiff's application to proceed *in forma pauperis* be denied and that this case be dismissed as frivolous and/or for failure to state a claim. The Plaintiff timely filed an Objection [6] to the Report and Recommendations on March 9, 2026.

Having considered the file and records in this action, including the Report and Recommendations [5] of the United States Magistrate Judge and the Objection [6] to the Report and Recommendations, the Court finds that the Plaintiff's objections are without merit and that the Magistrate Judge's Report and Recommendation [5] should be approved and adopted as the opinion of the Court. It is ORDERED:

(1) That the Plaintiff's Objection [6] to the Magistrate Judge's Report and Recommendations is OVERRULED;

(2) That the Report and Recommendations [5] of the United States Magistrate Judge is hereby APPROVED AND ADOPTED as the opinion of the Court; and

(3) That Plaintiff's Motion to Proceed in forma pauperis [2] is DENIED;

(4) That Plaintiff's Complaint [1] is DISMISSED with prejudice as frivolous as well as for failure to state a claim.

SO ORDERED, this the 1st day of April, 2026.

_____
UNITED STATES DISTRICT JUDGE